BERTRAM E. WILSON et al., Respondents, *v.* OLIVER COSTICH COMPANY, INC., Appellant.

(Argued April 14, 1931; decided May 12, 1931.)

*George J. Skivington* for appellant.

*Arthur V. D. Chamberlain* and *William B. Zimmer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.